LATHAM & WATKINS LLP
  Daniel Scott Schecter (Bar No. 171472)
   *daniel.schecter@lw.com*
  Robert J. Ellison (Bar No. 274374)
   *robert.ellison@lw.com*
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Petitioner
Lucasfilm Ltd. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO IMAGESHACK CORP. | MISCELLANEOUS ACTION NO.<br><br>**LUCASFILM LTD., LLC'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA, PURSUANT TO 17 U.S.C. §512(h), TO IDENTIFY ALLEGED INFRINGERS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\3929440.2

LUCASFILM'S REQUEST TO THE CLERK FOR
ISSUANCE OF DMCA SUBPOENA

Petitioner Lucasfilm Ltd. LLC ("Lucasfilm"), through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena on ImageShack Corp. ("ImageShack") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as Exhibit A.

The DMCA Subpoena is directed to ImageShack, the service provider of a site to which the infringing party, identified as "Darth_Simi", posted content which infringes copyright rights held by Lucasfilm (the "Infringing Content"). (*See* Declaration of Kevin Clark, ¶ 2.)

Lucasfilm has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) Lucasfilm has submitted a copy of the notification required by 17 U.S.C. § 512(c)(3)(A) as Exhibit 1 to the Clark Declaration, submitted concurrently herewith;

(2) Lucasfilm has submitted the proposed DMCA Subpoena concurrently herewith; and

(3) Lucasfilm has submitted a sworn declaration confirming that the purpose for which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Lucasfilm's rights under Title 17 U.S.C. § 512(h)(2).

Accordingly, in support of its request for a DMCA Subpoena, Lucasfilm submits and attaches:

- A copy of the notification described in 17 U.S.C. § 512(c)(3)(A) (*see* Clark Decl., Ex. 1);
- A proposed DMCA Subpoena directed to the service provider (ImageShack) (Ex. A hereto); and

- A sworn declaration that the purpose for which the DMCA Subpoena is sought is proper under the DMCA. (*See* Clark Decl., ¶ 4.)

Because Lucasfilm has complied with the statutory requirements, Lucasfilm respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

Dated: January 30, 2015

Respectfully submitted,

LATHAM & WATKINS LLP

By _____
Daniel Scott Schecter
Robert J. Ellison
Attorneys for Petitioner
Lucasfilm Ltd. LLC

**EXHIBIT A**

Case3:15-mc-80051-JSC Document1 Filed01/30/15 Page4 of 9

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | )  |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO IMAGESHACK CORP. | ) Civil Action No. |
| | ) |
| | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: ImageShack Corp., 236 N. Santa Cruz Ave., Suite 100, Los Gatos, CA 95030

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: ***SEE ATTACHMENT A.***

| Place: Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California, 94111-6538<br>daniel.schecter@lw.com | Date and Time:<br>February 10, 2015 at 10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: January 30, 2015

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Lucasfilm Ltd. LLC. , who issues or requests this subpoena, are:

Daniel Scott Schecter, Latham & Watkins LLP, 355 S. Grand Ave., Los Angeles, CA 90071, daniel.schecter@lw.com, 213-891-8679

LA\3931433.2

## ATTACHMENT A
## DOCUMENTS TO BE PRODUCED UNDER SUBPOENA

1. All identifying information for the user "Darth_Simi," who is associated with an account to which a file was uploaded to ImageShack at URL http://imageshack.com/i/f06NkZBXp (the "Infringing File"), including but not limited to any information provided when the account or profile of "Darth_Simi" was established, billing or administrative records that establish the name(s), address(es), telephone number(s), email address(es), IP address(es) used by such user, account number(s), and any other electronic or physical documents identifying the foregoing ("Identifying Information");

2. Any IP address from which the Infringing File was uploaded;

3. Any IP address(es) used to create any accounts for the user "Darth_Simi," including any IP address(es), user accounts, and any other Identifying Information for such accounts from which the Infringing File (a) was created and/or (b) was accessed at any time;

4. All information provided by the user when (a) the account or profile of "Darth_Simi" was established, and/or (b) the Infringing File was uploaded and/or downloaded to or accessed, including any Identifying Information.

LA\3931433.2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

LA\3931433.2

Case3:15-mc-80051-JSC   Document1   Filed01/30/15   Page8 of 9

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

---

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA  90071-1560.

On **January 30, 2015**, I served the following documents described as:

**LUCASFILM LTD., LLC'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA, PURSUANT TO 17 U.S.C. §512(h), TO IDENTIFY ALLEGED INFRINGERS**

in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service.  Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.  I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

> ImageShack Corp.
> 236 N. Santa Cruz Ave., Suite 100
> Los Gatos, CA  95030

I affirm that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and affirm under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 30, 2015**, at Los Angeles, California.

Colleen M. Rico

LA\3998758.1